Annmarie Chiarello
Texas Bar No. 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  (214) 745-5400
Facsimile:  (214) 745-5390
E-mail:  achiarello@winstead.com

**ATTORNEYS FOR JASON SUBOTKY,
INDIVIDUALLY AND AS TRUSTEE
FOR THE JASON SUBOTKY FAMILY
REMAINDER TRUST, STEPHEN
YACKTMAN, INDIVIDUALLY AND
AS TRUSTEE FOR THE STEPHEN
YACKTMAN FAMILY REMAINDER
TRUST AND THE ELLYN YACKTMAN
FAMILY REMAINDER TRUST, AND
ELLYN YACKTMAN, INDIVIDUALLY**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **EVE FINANCIAL, INC.,** | § | **Case No. 23-43335 (MXM)** |
| | § | |
| **Debtor.** | § | |
| **JASON SUBOTKY, INDIVIDUALLY AND AS TRUSTEE FOR THE JASON SUBOTKY FAMILY REMAINDER TRUST, STEPHEN YACKTMAN, INDIVIDUALLY AND AS TRUSTEE FOR THE STEPHEN YACKTMAN FAMILY REMAINDER TRUST AND THE ELLYN YACKTMAN FAMILY REMAINDER TRUST, AND ELLYN YACKTMAN, INDIVIDUALLY,** | § § § § § § § § § § § | **Adversary No. 24-04006 (MXM)** |
| **Plaintiffs,** | § § | |
| **vs.** | § § | |
| **EVE FINANCIAL, INC.,** | § § § | |
| **Defendant.** | § | |

---

**AGREED JOINT NOTICE OF DISMISSAL WITH PREJUDICE**                                    **Page 1 of 4**

### AGREED JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Eve Financial Inc. (the "Debtor") and Jason Subotky, individually and in his capacity as Trustee for the Jason Subotky Family Remainder Trust, Stephen Yacktman, individually and in his capacity as Trustee for the Stephen Yacktman Family Remainder Trust and the Ellyn Yacktman Family Remainder Trust, and Ellyn Yacktman, individually (collectively, the "Judgment Creditors," with the Debtor, the "Parties"), hereby file this Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (made applicable herein by Federal Rule of Bankruptcy Procedure 7041). The Parties agree that the Debtor has not filed an answer in the above-captioned adversary proceeding. Pursuant to and in accordance with the *Amended Order Confirming Debtor's First Amended Subchapter V Plan of Reorganization as Modified* [Case No. 23-43335, Docket No. 133] and the *First Amended Subchapter V Plan of Reorganization as Modified dated May 3, 2024* attached thereto, the Parties hereby dismiss the above-captioned adversary proceeding with prejudice.

**DATED:  July 2, 22024**

Respectfully submitted,

By: */s/ Annmarie Chiarello*
    Annmarie Chiarello
    Texas Bar No. 24097496
    achiarello@winstead.com
    **WINSTEAD PC**
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    (214) 745-5400 (Telephone)
    (214) 745-5390 (Facsimile)

    **ATTORNEYS JASON SUBOTKY, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE FOR THE JASON SUBOTKY FAMILY REMAINDER TRUST, STEPHEN  YACKTMAN, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE FOR THE STEPHEN YACKTMAN FAMILY REMAINDER TRUST AND THE ELLYN YACKTMAN FAMILY REMAINDER TRUST, AND ELLYN YACKTMAN, INDIVIDUALLY**

- and-

    */s/ Herbert Charles Shelton, II*
    Herbert Charles Shelton, II
    Texas Bar No: 24079317
    **HAYWARD PLLC**
    7600 Burnet Road, Suite 530
    Austin, Texas 78757
    (737) 881-7100 (Phone/Fax)
    cshelton@haywardfirm.com

    **ATTORNEY FOR EVE FINANCIAL, INC.**

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, notice of this document was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Annmarie Chiarello*
One of Counsel